UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

INVENTORY GENERATION INC., ET AL.,

                    Plaintiffs,

      -v-

SILVERLINE SERVICES INC, ET AL.,

                    Defendants.

22 Civ. 10529 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    On December 13, 2022, plaintiffs filed the complaint in this action and sought a temporary restraining order as to certain defendants. Dkt. 1. On December 14, 2022, plaintiffs attempted service on defendants Benjamin Aryeh and Proventure Capital Funding LLC, Dkt. 10-1, but were unsuccessful, *see* Dkt. 10. On December 20 and 21, 2022, respectively, plaintiffs successfully served defendants Aryeh and Proventure Capital Funding LLC. Dkt. 12. On January 7, 2023, defendants Aryeh and Proventure Capital Funding LLC moved to stay the action and compel arbitration as to plaintiffs' claims against them, specifically. Dkt. 15. Plaintiffs' opposition to the motion to compel, if any, will be due January 30, 2023. Defendants' reply, if any, will be due February 10, 2023.

    SO ORDERED.

*[signature]*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 9, 2023
       New York, New York