UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

INVENTORY GENERATION INC. D/B/A
COAST TO COAST DISPATCH, et al.,
                                  Plaintiffs,

**Civil Action No.:**
22-cv-10529 (PAE)

**VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

       -against-

SILVERLINE SERVICES, INC., et al.,

                                  Defendants.

------------------------------------------------------------------------X

       Plaintiffs, INVENTORY GENERATION INC. D/B/A COAST TO COAST DISPATCH and EARL DAVID, by and through their attorney Jonathan E. Neuman, Esq., hereby submits this notice of voluntary dismissal **with prejudice** of the above captioned action against **Defendants SILVERLINE SERVICES, INC., SHMUEL BRUMMEL, GLOBEX FUNDING LLC., and JACK BROWN** pursuant to F.R.C.P. 41(a)(1)(A)(i).  This notice of voluntary dismissal is being **made** before any opposing party has served either an answer or a motion for summary judgment.

Dated: January 17, 2023
       Fresh Meadows, New York

                                                  Respectfully Submitted,

                                                  _____
                                                  JONATHAN E. NEUMAN, ESQ.
                                                  *Attorney for Plaintiffs*
                                                  176-25 Union Turnpike, Suite 230
                                                  Fresh Meadows, New York 11366
                                                  (347) 450-6710
                                                  (718) 228-3689 *facsimile*
                                                  jnesq@jenesqlaw.com