UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

INVENTORY GENERATION INC. D/B/A
COAST TO COAST DISPATCH, et al.,
                          Plaintiffs,

                -against-

SILVERLINE SERVICES, INC., et al.,

                    Defendants.

-----------------------------------------------------------------------X

**Civil Action No.:**
22-cv-10529 (PAE)

**VOLUNTARY
DISMISSAL PURSUANT
TO F.R.C.P. 41(a)(1)(A)(i)**

      Plaintiffs, INVENTORY GENERATION INC. D/B/A COAST TO COAST DISPATCH and EARL DAVID, by and through their attorney Jonathan E. Neuman, Esq., hereby submits this notice of voluntary dismissal **with prejudice** of the above captioned action against **Defendants WYNWOOD CAPITAL GROUP LLC, ZALMEN TEITELBAUM, and SAM GROSS** pursuant to F.R.C.P. 41(a)(1)(A)(i).  This notice of voluntary dismissal is being made before any opposing party has served either an answer or a motion for summary judgment.

Dated: January 24, 2023
        Fresh Meadows, New York

                                 Respectfully Submitted,

                                 _____
                                 JONATHAN E. NEUMAN, ESQ.
                                 *Attorney for Plaintiffs*
                                 176-25 Union Turnpike, Suite 230
                                 Fresh Meadows, New York 11366
                                 (347) 450-6710
                                 (718) 228-3689 *facsimile*
                                 jnesq@jenesqlaw.com