UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INVENTORY GENERATION INC., AND EARL DAVID,

                              Plaintiffs,

-v-

MCA RECEIVABLES, LLC, and YISROEL C. GETTER, et al.

                              Defendants.

22 Civ. 10529 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       The Court received an email from plaintiffs' counsel earlier today asking whether service of the Order at docket 39 is required as to those defendants who have been voluntarily dismissed from this action. To clarify, the Court directs plaintiffs to serve those defendants who remain parties in this case—that is, those defendants who have not been voluntarily dismissed.

       SO ORDERED.

                                                         *Paul A. Engelmayer*
                                                         PAUL A. ENGELMAYER
                                                         United States District Judge

Dated: February 17, 2023
       New York, New York