UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
INVENTORY GENERATION INC. D/B/A
COAST TO COAST DISPATCH and
EARL DAVID, individually and on behalf of all of those similarly situated,

                     Plaintiffs,

    -vs-

SILVERLINE SERVICES INC., SHMUEL BRUMMEL,
PROVENTURE CAPITAL FUNDING LLC,
BENJAMIN ARYEH;
WYNWOOD CAPITAL GROUP LLC, ZALMEN TEITELBAUM,
SAM GROSS;
GLOBEX FUNDING LLC, JACK BROWN;
MCA RECEIVABLES, LLC D/B/A UNITED FUND USA,
YISROEL C. GETTER; JOHN DOES 1-10; and
JOHN DOE INVESTORS 1-10,

                     Defendants.
---------------------------------------------------------------------X

Civ. A. No. 1:22-cv-10529-PAE

**CERTIFICATE OF SERVICE**

      I, Jonathan E. Neuman, Esq., certify that I am over eighteen (18) years of age, am not a party to this action, and that on February 20, 2023, I served ECF Doc. 39 upon Defendants MCA RECEIVABLES, LLC D/B/A UNITED FUND USA, and YISROEL C. GETTER via email to their attorney at will@wellspc.com, and upon Defendants PROVENTURE CAPITAL FUNDING LLC and BENJAMIN ARYEH via email to their attorney at gene@generosen.com, the email addresses registered with ECF and the last known email addresses for such purpose.

Dated: February 20, 2023

                                                  /s/ *Jonathan E. Neuman*
                                                  Jonathan E. Neuman, Esq.