UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INVENTORY GENERATION INC., EARL DAVID,

                      Plaintiff,

       -v-

PROVENTURE CAPITAL FUNDING LLC, BENJAMIN ARYEH,

                      Defendants.

22 Civ. 10529 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    On March 23, 2023, the Court granted defendants' Proventure Capital Funding LLC and Benjamin Aryeh's (the "PCF defendants") motion to compel arbitration and ordered those defendants, along with plaintiffs, to file joint updates as to the status of the arbitration proceedings every 90 days. Dkt. 44. The first status update was due May 23, 2023, and a second was due July 22, 2023. Plaintiffs and PCF defendants have filed no status updates.

    The Court orders the plaintiffs and the PCF defendants to file a joint status update by July 28, 2023. Status updates will be due every 60 days thereafter, marked from July 28, 2023.

    SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  Paul A. Engelmayer
                                                  United States District Judge

Dated: July 24, 2023
       New York, New York