UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

INVENTORY GENERATION INC. D/B/A
COAST TO COAST DISPATCH and
EARL DAVID, individually and on behalf of all of those similarly situated,

Civ. A. No. 1:22-cv-10529-PAE

Plaintiffs,

**ORDER**

-vs-

SILVERLINE SERVICES INC., SHMUEL BRUMMEL,
PROVENTURE CAPITAL FUNDING LLC,
BENJAMIN ARYEH;
WYNWOOD CAPITAL GROUP LLC, ZALMEN
TEITELBAUM, SAM GROSS;
GLOBEX FUNDING LLC, JACK BROWN;
MCA RECEIVABLES, LLC D/B/A UNITED FUND USA,
YISROEL C. GETTER; JOHN DOES 1-10; and
JOHN DOE INVESTORS 1-10,

Defendants.

------------------------------------------------------------------------X

**PAUL A. ENGELMAYER, United States District Judge:**

This action having been dismissed by the Court on October 10, 2023, and the stay previously ordered by the Court having been lifted on that same date, the Cashier's Office is hereby directed to return the $1,000 security being currently held (Cashiers Office Registry Deposit Receipt Number NYSCCA23-00098, received 12/23/2022), to Jonathan E. Neuman, Esq., counsel for the Plaintiffs, at 176-25 Union Turnpike, Suite 230, Fresh Meadows, NY 11366.

**SO ORDERED.**

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 26, 2024
   New York, New York